IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:10CR3042 |
| ) | |
| MARCUS ARNETT POLK, ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER</u>**

THIS MATTER comes before the Court on Mr. Polk's motion to continue the deadline for filing his variance brief, filing 85. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that defendant shall file his variance brief no later than Monday, March 28, 2011.

Dated March 21, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge