IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:10CR3042 |
| ) | |
| MARCUS ARNETT POLK, ) | |
| ) | |
| Defendant. ) | |

ORDER

THIS MATTER comes before this Court on defendant's Unopposed Motion to Continue Sentencing Hearing, filing 90. The Court, being fully advised in the premises, and noting the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that sentencing in the above captioned matter shall be continued until the 1st day of June, 2011, at 1:00 p.m. The defendant is ordered to appear at said time.

DATED this 1st day of April, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge