IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                        )<br>                        Plaintiff,       )<br>                                                        )<br>v.                                                    )<br>                                                        )<br>MARCUS ARNETT POLK,                 )<br>                                                        )<br>                        Defendant.    ) | Case No.  4:10CR3042 |

### ORDER

THIS MATTER comes before the Court on defendant's Request to File A Restricted Motion, filing 94.  The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.1, the Clerk shall file defendant's Motion to Continue Sentencing restricted.

IT IS FURTHER ORDERED that said Motion be made available to case participants only.

DATED this 1st day of June, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge